UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA : CR 07 032 -01ML

v. : Cr. No.

: In violation of 18 U.S.C.
PATRICK CLYNE : §§ 371, 1341 and 2
IBTISAMA BRADLEY :

**MOTION TO SEAL**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Andrew J. Reich, Assistant United States Attorney, and moves pursuant to Fed. R. Crim. P. 6(e)(4) that the Indictment, this Motion and other accompanying documents be sealed until the defendants are in custody.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

SO ORDERED:

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

DATE: 3/21/07