UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PATRICK CLYNE and<br>IBTISAMA BRADLEY,<br>Defendants. | CRIMINAL NO.: 07-CR-00032-ML |

**NOTICE OF APPEARANCE**

Kindly enter my appearance for defendants Patrick Clyne and Ibtisama Bradley in the above-captioned matter.

Respectfully submitted,

Scott P. Lopez
Mass. BBO # 549556
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
(617) 742-5700 (tel)
(617) 742-5715 (fax)
lopez@lopezlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand on May 7, 2007.

Scott P. Lopez