# ADVICE OF RIGHTS AND WAIVER OF CONFLICT OF INTEREST FORM

1. I understand that I have a right to be represented by my own attorney, meaning an attorney who represents only me and no other defendant.

2. I understand that when one attorney represents more than one defendant in a criminal case a conflict of interest exists.

3. I understand that this conflict of interest may make it difficult for that attorney to represent both defendants effectively.

4. I have discussed the risks of being represented by the same lawyer with my attorney, Mr. Scott P. Lopez, and he has explained those risks to me.

5. I understand that the Court strongly recommends that I have my own attorney and that I not be represented by the same attorney as my spouse.

---

I have read the above statements, and I understand them completely. I know that I have a right to be represented by my own attorney and that being represented by the same attorney as my spouse creates a conflict of interest for my attorney. Notwithstanding this conflict of interest, I do not want to have a separate attorney, but wish to be represented by Attorney Lopez.

[signature]
IBTISAMA BRADLEY

May 14, 2007

**ATTORNEY'S CERTIFICATION**
**RE ADVISEMENT OF CONFLICT OF INTEREST**

I have discussed the attached ADVICE OF RIGHTS AND WAIVER OF CONFLICT OF INTEREST FORM with my client, Ibtisama Bradley, and I have explained to her the conflict of interest which exists because of my representation of both her and her husband. I am satisfied that she fully understands the risks involved in such representation.

ATTORNEY

May 14, 2007