1303976

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

IBTISAMA BRADLEY
[redacted]

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-[illegible]

RECEIVED
U.S. MARSHALS SERVICE
MAR 21 2007
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest IBTISAMA BRADLEY
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to Defraud the United States
Defraud for Obtaining Money or Property by Means of False or Fraudulent Pretenses

in violation of Title 18 United States Code, Section(s) 371 and 1341

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

March 21, 2007, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Logan Airport by US Postal Inspectors | | |
| DATE RECEIVED 03/21/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 05/07/2007 | | |