AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

IBTISAMA BRADLEY

## WARRANT FOR ARREST

Case Number: 1:06-M-127M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest IBTISAMA BRADLEY
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

mail fraud

Attest to True Copy
DAVID A. DiMARZIO
By [signature]
Deputy Clerk

in violation of Title 18 United States Code, Section(s) 1341

| | |
|---|---|
| David L. Martin | David L. Martin |
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. MAGISTRATE JUDGE | 11-8-06 Providence, RI |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and ~~executed with the arrest of the above-named defendant at~~ returned unexecuted upon receipt of new warrant and superceding indictment

| DATE RECEIVED 11/08/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | CJ Wyant SDUSM | [signature] Wyant |