**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **CRIMINAL NO.: 07-CR-00032-ML** |
| **PATRICK CLYNE and IBTISAMA BRADLEY, Defendants.** | |

**DEFENDANTS' MOTION FOR LEAVE TO TRAVEL TO COLORADO**

Defendants Patrick Clyne and Ibtisama Bradley, by and through undersigned counsel, hereby move for leave to travel to Colorado Springs, Colorado, to attend the formal wedding of defendant Ibtisama Bradley's daughter and defendant Patrick Clyne's step-daughter, Lisa Lefringhouse, to Adam V. Lefringhouse, a Captain in the United States Marines.

Specifically, defendants request permission to travel to Colorado Springs, Colorado, from T.F. Green Airport commencing June 21, 2007, and returning Monday June 25, 2007, so they can participate in the family wedding ceremony and reception that was postponed while Captain Lefringhouse was serving in Iraq.

In support hereof, defendants' state, by and through undersigned counsel, that their detailed itinerary has been provided to counsel for the government, AUSA Andrew J. Reich, including defendants' flight and lodging information, the locations of the wedding ceremony and reception, and the residential and employment contact information for both Lisa Lefringhouse and Captain Adam Lefringhouse. In addition, upon information and belief, said information has been verified by U.S. Pretrial Officer, Brian Pletcher.

Moreover, undersigned counsel has discussed this motion with Mr. Reich and Mr. Reich has informed undersigned counsel that the government does not object to defendants' request to travel to Colorado.

WHEREFORE, defendants respectfully request this Honorable Court to grant this motion and permit them to travel to Colorado Springs, Colorado, from June 21, 2007, until June 25, 2007.

Respectfully submitted,

/s/ Scott P. Lopez

Scott P. Lopez
Mass. BBO # 549556
*Pro Hac Vice Counsel*
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
(617) 742-5700 (tel)
(617) 742-5715 (fax)
lopez@lopezlaw.com

/s/ Kevin J. Bristow

Kevin J. Bristow
RI Bar ID # 3984
*Local Counsel*
505 Turks Head Building
Providence, RI 02903
(401) 521-2800 (tel)
(401) 521-2812 (fax)
KJBristowlaw@verizon.net

Dated: June 12, 2007

CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007, a copy of the foregoing Motion was filed electronically and served by mail on any attorney of record that is unable to accept electronic filing in this. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system or by first class mail to any attorney of record unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Scott P. Lopez

Scott P. Lopez