# EXHIBIT "B"

Property Address: 40 Bellewood Court
North Kingstown, RI 02852
Plat No.: 099
Lot: 040

**DISCHARGE OF LIEN**

UNITED STATES CLERK OF COURT for the United States District Court for the District of Rhode Island, holder of a lien from DYLAN COSTA and AILIS CLYNE to UNITED STATES CLERK OF COURT for the United States District Court for the District of Rhode Island in the amount of seventy-five thousand dollars ($75,000.00), recorded with James D. Marques, Town Clerk for the Town of North Kingstown, Rhode Island, in Book 2218, Page 193, hereby acknowledges satisfaction of same.

IN WITNESS WHEREOF, the said UNITED STATES CLERK OF COURT for the United States District Court for the District of Rhode Island, has caused this discharge of lien to be signed, acknowledged, and delivered in his name on this _____ day of _______________, 2008.

_______________________________________
UNITED STATES CLERK OF COURT,
United States District Court
for the District of Rhode Island

STATE OF RHODE ISLAND )
) ss
County of Providence )

On ______ day of _______________, 2008, before me personally appeared the UNITED STATES CLERK OF COURT for the United States District Court for the District of Rhode Island, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and as his free act and deed.

WITNESS my hand and official seal.

______________________________
Notary Public
My commission expires:

(Official Seal)